FILED
2026 Nov-09 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:26-cr-263-ACA-JHE** |
| | ] | |
| **FERNANDO CRUZ-LEON,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**ORDER**

Defendant, Fernando Cruz-Leon, has entered plea of guilty to Count One of the indictment. On October 21, 2026, the magistrate judge entered a report recommending that the court accept the guilty plea. (Doc. 21). Mr. Cruz-Leon has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the plea.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this November 9, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE